Raymond Landolt and Alice Landolt, Plaintiffs-Appellees, v. Donald Stratmann, d/b/a Stratmann Lumber Co., Defendant-Appellant.

Gen. No. 66–85. ▮

Fifth District.

October 3, 1967.

Rehearing denied October 31, 1967.

Durr & Durr, of Edwardsville, for appellant; James E. Buchmiller, of Greenville, for appellees. Opinion by JUSTICE EBERSPACHER. Not to be published in full.